STORM, Respondent, v. ARMOUR, Appellant.

(248 N. W. 491.)

(File Nos. 7239, 7358. Opinion filed May 15, 1933.)

*Atwater & Helm,* of Sturgis, for Appellant.

*H. F. Fellows,* of Rapid City, *Dan McCutchen,* of Belle Fourche, *Joseph Coursey,* of Rapid City, and *C. L. Brady,* of Buffalo, for Respondent.

PER CURIAM. The defendant has appealed from a judgment based upon findings of fact and conclusions of law entered by the trial court. The plaintiff has attempted to file a cross-appeal from the judgment and order denying a motion for a new trial. The record is confused. It is apparent, however, that the findings of fact will not support the conclusions of law or judgment.

The case is reversed, and a new trial ordered. Costs will be taxed in this court against the plaintiff below.

RUDOLPH, P. J., and POLLEY, CAMPBELL, ROBERTS, and WARREN, JJ., concur.